THEODORE J. GRAM et al.; as Executors of JOHN A. MESSER, Deceased, Appellants, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs, upon the opinion of VAUGHAN, J., delivered at Special Term. All concur, except McCurn, J., who dissents and votes for reversal and for granting summary judgment in favor of plaintiffs. (The judgment dismisses plaintiffs' complaint in an action under a life insurance policy. The order denies plaintiffs' motion for summary judgment and grants defendant's motion for summary judgment.) Present — Taylor, P. J., McCurn, Love and Kimball, JJ. [193 Misc. 608.]

ALLIANCE ORGANIZATION, INC., Appellant, v. EUGENE T. BOYLIN et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (The order affirms an order of Rochester City Court denying plaintiff's motion to strike out defendants' answer and for summary judgment in an action to recover commissions for the sale of real property.) Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ.

PHILIP M. LIEBSCHUTZ, Suing on Behalf of Himself and All Other Stockholders Similarly Situated, Respondent, v. SCHAFFER STORES CO., INC., Appellant.— Upon reargument, order insofar as it denies defendant's motion for a summary judgment under rule 113 of the Rules of Civil Practice, affirmed, and order insofar as it denies defendant's motion under rule 112 of the Rules of Civil Practice, reversed on the law, without costs of this appeal to either party, and motion granted, without costs, with leave to the plaintiff to serve an amended complaint within twenty days after service of a copy of the order herein. All concur. (The order denies defendant's motion for summary judgment and for dismissal of the complaint.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See *ante,* pp. 847, 870.]

FRANK P. MOLNAR, Respondent, v. MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies defendant's motion for summary judgment dismissing the complaint in an action under an accident insurance policy.) Present — Taylor, P. J., McCurn, Larkin, Love and Vaughan, JJ.